UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

             Plaintiff,

        -against-

ANITA L. THOMPSON ROYAL, et al.,

             Defendant.

**ORDER**

25-CV-10466 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on December 17, 2025. (Doc. 1). On January 7, 2026, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Anita L. Thompson Royal on December 30, 2025. (Doc. 8). There has been no activity on the docket since the filing of the affidavits of service.

By April 6, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why it should not pursue default judgment against Defendant Anita L. Thompson Royal.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
      March 6, 2026

                            Philip M. Halpern
                            United States District Judge