UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                Plaintiff,

         -against-

ANITA L. THOMPSON ROYAL, et al.,

              Defendants.

**<u>ORDER</u>**

25-CV-10466 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court, having reviewed Plaintiff PHH Mortgage Corporation's proposed default judgment (Doc. 18) and the papers underlying it, declines to enter default judgment at this time. Local Civil Rule 55.2(c) requires that a party "file a statement of damages, sworn or affirmed to by one or more people with personal knowledge, in support of the request, showing the proposed damages and basis for each element of damages, including interest, attorney's fees, and costs." Plaintiff has submitted a statement of damages, (Doc. 20), but it is not "sworn or affirmed to by one or more people with personal knowledge . . . ." Local Civil Rule 55.2(c). Further, Plaintiff states that the principal amount sued for under the mortgage is $139,859.68. (Doc. 20). The most recent loan modification agreement, dated July 2, 2016, sets the principal balance under the mortgage and note at $174,398.83. (*See* Doc. 22-3 at 35-36). Plaintiff does not explain the reduction in the principal amount from the amount set forth in the most recent loan modification agreement.

Accordingly, Plaintiff is directed to supplement its motion for default judgment, on or before June 10, 2026, by filing: (1) a statement of damages that is "sworn or affirmed to by one or more people with personal knowledge" in accordance with Local Civil Rule 55.2(c); and (2) an affidavit by a person with personal knowledge, explaining the basis and providing calculations for its principal amount sued for of $139,859.68. In addition to filing, Plaintiff is directed to serve on

Defendant by overnight mail a copy of this Order, the statement of damages, and affidavit, and shall file proof of such service no later than June 15, 2026.

**SO ORDERED**

Dated: White Plains, New York
       May 29, 2026

_____
Philip M. Halpern
United States District Judge