UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                    Plaintiff,

          -against-

ANITA L. THOMPSON ROYAL, et al.,

                    Defendants.

**<u>ORDER</u>**

25-CV-10466 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court, on May 29, 2026, directed that Plaintiff PHH Mortgage Corporation supplement the documents in support of its proposed default judgment against Defendant Anita L. Thompson Royal by filing: (1) a statement of damages that is "sworn or affirmed to by one or more people with personal knowledge" in accordance with Local Civil Rule 55.2(c); and (2) an affidavit by a person with personal knowledge, explaining the basis and providing calculations for its principal amount sued for of $139,859.68. (Doc. 29). Plaintiff filed, on June 4, 2026, a letter, attaching: (1) a statement of damages, affirmed by Orit Avraham, one of its attorneys, who Plaintiff states "has personal knowledge of the damages incurred by the Plaintiff," (Doc. 30-1); and (2) the same Affirmation of Indebtedness and data compilations and account ledgers previously submitted in support of its request for a default judgment, (*compare* Doc. 21, *and* Doc. 22-16, *with* Doc. 30-2). Plaintiff's supplemental filing does not include "an affidavit, explaining the basis and providing calculations for its principal amount sued for of $139,859.68." (Doc. 29).

Accordingly, Plaintiff is directed to supplement its motion for default judgment, on or before June 10, 2026, by filing an affidavit by a person with personal knowledge, explaining the basis and providing calculations for its principal amount sued for of $139,859.68. In addition to filing, Plaintiff is directed to serve on Defendant by overnight mail a copy of this Order and the supplemental affidavit, and shallfile proof of such service no later than June 15, 2026.

**SO ORDERED**

Dated: White Plains, New York
        June 4, 2026

_____
Philip M. Halpern
United States District Judge